IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| CHAD DAVID WORTHINGTON | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:18cv549 |
| UNITED STATES OF AMERICA | § | |

MEMORANDUM ORDER
ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Chad David Worthington filed the above-styled motion to vacate, set aside or correct sentence. The court referred the matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable orders of this court.

The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning this case. The magistrate judge recommends the motion to vacate, set aside or correct sentence be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections were filed to the Report and Recommendation.

ORDER

Accordingly, the proposed findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered dismissing this motion to vacate, set aside or correct sentence.

**SIGNED** this the **30** day of **July, 2019.**

Thad Heartfield
United States District Judge